AO 91 (Rev 5/85) Criminal Complaint

AUSA: Mark Lane

# United States District Court

## WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Peter MORALES
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: A-09-67M

FILED
FEB - 2 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about February 2, 2009 in Travis county, in the Western  District of Texas defendant(s) did, *(Track Statutory Language of Defense)* being a person convicted in court of a crime punishable by a term of imprisionment exceeding one year did knowingly possess firearms that affected interstate/foreign commerce  in violation of Title 18 United States Code, Section(s)  922 (g) (1).

I further state that I am a(n) ATF Special Agent  and that this complaint is based on the following facts:

See Attachment.

Continued on the attached sheet and made part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

2/2/09
Date

ANDREW W. AUSTIN
United States Magistrate Judge
Name and Title of Judicial Officer

at    AUSTIN, TX
City and State

_____
Signature of Judicial Officer

## AFFIDAVIT

The affiant, Kristi R. McPartlin, being duly sworn, deposes and states the following:

1.   That the affiant has been a Federal agent for approximately 6 1/2 years. That the affiant has been employed with the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Special Agent, since August of 2002. That the affiant, as an ATF Special Agent, is empowered to make arrests, conduct investigations, and execute search and arrest warrants relative to Federal firearms offenses pursuant to Title 18 of the United States Code.

2.   That this affidavit sets forth facts that establish probable cause to arrest Peter MORALES on violations of Title 18 U.S.C., Section 922 (g) (1).

3.   That the affiant has personal knowledge of the facts herein set forth with the exception of the matters expressly stated to be based upon information and belief of others.

4.   Your affiant is currently investigating alleged violations of Federal firearms laws by: Peter MORALES, W/M, DOB- 07/16/1977, TXDL# 01218245, FBI# 514154DB2. MORALES currently resides at 325 Angel Oak Street, Austin, Texas 78748.

5.   On February 2, 2009, your affiant received information from Austin Police Department in regards to MORALES being in possession of firearms. During the early morning hours of February 2, 2009, officers of the Austin Police Department responded to a shots fired call at MORALES's residence and Austin Fire Department responded to fire at the same residence.

6.   Upon arrival to the scene, MORALES ran into a marked patrol unit and fell to the ground complaining of pain. The officer in the patrol unit got out of the vehicle and called EMS. MORALES yelled at the patrol officer that he heard shots being fired and multiple explosions at his residence.

7.   MORALES continued to tell the officer that someone threw a grenade at his house and that he [MORALES] unloaded a 50 on them. MORALES also continued to tell the officer that he shot an AK-47 while standing inside his residence. The patrol officer asked MORALES how many weapons were inside the house and MORALES replied "a shit load".

8.   MORALES was transported to the hospital for evaluation. MORALES was read his Miranda Rights by Austin Police Sgt. Fuentes at approximately 2:45

AM at the hospital. Sgt Fuentes advised MORALES that he was not under arrest. MORALES gave Austin Police Officers consent to search his home. The officers also received consent to search the residence from Amy Morales, the wife of Peter MORALES.

9.  Officers from the Austin Police Department Gang Unit searched the MORALES residence under the consent search and found the following items (The search was conducted in the dark with no electricity in the house. The electricity had been shut off because of the fire):

- IWI, Model Desert Eagle, .50 caliber pistol bearing serial # 38201472
- Benelli, Model Nova, 12 gauge pump shotgun bearing serial # 2048137
- Romarm, Model AK-47 style, 7.62 caliber rifle bearing serial # CH-1157-69
- Llama, Model Max-1, .45 caliber pistol bearing serial # 71-04-09200-04
- Smith & Wesson, Model SW40VE, .40 caliber pistol bearing serial # RBB9327
- Assorted Ammunition

10. MORALES and his wife Amy Morales were interviewed at that Austin Police Department Organized Crime Unit located at Rutherford Lane. The two interviews were conducted by APD Detective Douglas Skolaut.

11. MORALES was read his Miranda Rights for a second time by Detective Skolaut. Detective Skolaut advised MORALES that he was not under arrest and that he could leave at any time. MORALES acknowledged his rights and understood that he could leave at any point during the interview. MORALES agreed to answer questions.

12. MORALES told Detective Skolaut that he heard loud explosion type noises and thought that someone was attempting to harm him and his family. MORALES proceeded to say that his wife, Amy, took a .50 caliber Desert Eagle pistol and had it in her hands. MORALES claimed that he took it away from her and shot it towards the floor. MORALES continued to say that he took the AK-47 style rifle from underneath the bed and shot it in the general direction of the garage also.

13. ATF Special Agent Daniel Casey (McAllen Field Office) informed your affiant that MORALES was a previously convicted felon out of Hidalgo County for 2nd Degree Aggravated Assault. MORALES pled guilty and was given straight probation, Cause# CR-1975-99-A.

14. ATF Special Agent Kristi McPartlin spoke to ATF Special Agent Mark Wilson, a qualified expert in the identification of firearms, regarding the interstate nexus of the firearms that were recovered during the consent search executed at MORALES residence. ATF Special Agent Wilson concluded that

the firearms that are described above were not manufactured in the State of Texas, therefore they would have had to have traveled in interstate and/or foreign commerce.

15.     That based on the aforementioned facts stated above, the affiant has probable cause to believe that on, or about, February 2, 2009, Peter MORALES being a person convicted in court of a crime punishable by a term of imprisonment exceeding one year did knowingly possess firearms.

I, your affiant, Kristi R. McPartlin, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____

Kristi R. McPartlin
ATF Special Agent

Sworn and subscribed to me on this 2nd day of February 2009.

_____
Andrew W. Austin
United States Magistrate Judge